## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** GEORGIA
### ATLANTA **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ATLANTA RUG GALLERY, INC. | § | Case No. 09-86091 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PAUL H. ANDERSON, JR., TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,200,000.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  23,998.14 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  560,933.86 | |

3) Total gross receipts of $ 592,411.16  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,479.16  (see **Exhibit 2**), yielded net receipts of $ 584,932.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,988,988.00 | $ 1,988,988.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 967,923.94 | 967,923.94 | 508,886.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 52,925.67 | 52,925.67 | 52,047.77 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 288,882.84 | 288,882.84 | 23,998.14 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 7,492,675.36 | 7,492,675.36 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 10,791,395.81 | $ 10,791,395.81 | $ 584,932.00 |

4)  This case was originally filed under chapter 11 on  10/04/2009 , and it was converted to chapter 7 on  11/19/2010 .  The case was pending for 85 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/07/2017                    By:/s/PAUL H. ANDERSON, JR., TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refunds | 1229-000 | 539.93 |
| Avoidance claims | 1241-000 | 584,386.59 |
| Avoidance claims | 1241-002 | 479.16 |
| Post-Petition Interest Deposits | 1270-000 | 5.48 |
| Non-Estate Receipts | 1280-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 592,411.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Paul H. Anderson, Jr., Trustee in | Non-Estate Funds Paid to Third Parties | 8500-000 | 7,000.00 |
| Persian Galleries, LLC | Non-Estate Funds Paid to Third Parties | 8500-000 | 479.16 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 7,479.16** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | JOHN LABARBERA | 4210-000 | NA | 1,625,500.00 | 1,625,500.00 | 0.00 |
| 000001 | SHERKAT NAFIS, LLC | 4210-000 | NA | 363,488.00 | 363,488.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 1,988,988.00 | $ 1,988,988.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PAUL H. ANDERSON, JR., AS TRUSTEE | 2100-000 | NA | 32,496.60 | 32,496.60 | 32,496.60 |
| PAUL H. ANDERSON, JR., AS TRUSTEE | 2200-000 | NA | 843.62 | 843.62 | 843.62 |
| ASSOCIATED BANK | 2600-000 | NA | 15,451.21 | 15,451.21 | 15,451.21 |
| Bank of America | 2600-000 | NA | 811.81 | 811.81 | 811.81 |
| CLERK, STATE COURT OF FULTON COUNTY | 2700-000 | NA | 245.00 | 245.00 | 245.00 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 9,704.00 | 9,704.00 | 4,852.00 |
| U.S. TRUSTEE | 2950-000 | NA | 1,960.02 | 1,960.02 | 980.01 |
| PAUL H. ANDERSON, JR., ATTORNEY | 3110-000 | NA | 295,000.00 | 295,000.00 | 147,500.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PAUL H. ANDERSON, JR., ATTORNEY | 3120-000 | NA | 3,995.68 | 3,995.68 | 1,997.84 |
| JAMES R. SCHULZ AND | 3210-000 | NA | 49,826.47 | 49,826.47 | 49,826.47 |
| JAMES R. SCHULZ AND MERRITT WATSON, | 3210-000 | NA | 49,837.57 | 49,837.57 | 49,837.57 |
| SCHULZ, ESQ., JAMES R. | 3210-000 | NA | 97,241.09 | 97,241.09 | 97,241.09 |
| JAMES R. SCHULZ AND | 3210-600 | NA | 196,905.13 | 196,905.13 | 0.00 |
| JAMES R. SCHULZ AND | 3220-000 | NA | 173.53 | 173.53 | 173.53 |
| JAMES R. SCHULZ AND MERRITT WATSON, | 3220-000 | NA | 1,186.79 | 1,186.79 | 1,186.79 |
| MERRITT | 3220-000 | NA | 307.59 | 307.59 | 307.59 |
| SCHULZ, ESQ., JAMES R. | 3220-000 | NA | 40.27 | 40.27 | 40.27 |
| JAMES R. SCHULZ AND | 3220-610 | NA | 1,708.18 | 1,708.18 | 0.00 |
| PAUL A. JONES & COMPANY | 3310-000 | NA | 104,709.50 | 104,709.50 | 0.00 |
| PAUL A. JONES & COMPANY | 3320-000 | NA | 385.19 | 385.19 | 0.00 |
| PAUL A. JONES & COMPANY, LLC | 3410-000 | NA | 104,709.50 | 104,709.50 | 104,709.50 |
| PAUL A. JONES & COMPANY, LLC | 3420-000 | NA | 385.19 | 385.19 | 385.19 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 967,923.94 | $ 967,923.94 | $ 508,886.09 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARR, ESQ., PAUL REECE | 6700-180 | NA | 9,213.50 | 9,213.50 | 9,213.50 |
| MARR, ESQ., PAUL REECE | 6710-190 | NA | 1,755.80 | 1,755.80 | 877.90 |
| INTERNAL REVENUE SERVICE | 6810-000 | NA | 27,722.44 | 27,722.44 | 27,722.44 |
| GEORGIA DEPARTMENT OF REVENUE | 6820-860 | NA | 14,233.93 | 14,233.93 | 14,233.93 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 52,925.67 | $ 52,925.67 | $ 52,047.77 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | CITY OF ATLANTA BUSINESS LICENSE DI | 5800-000 | NA | 4,717.55 | 4,717.55 | 391.90 |
| 000002 | FULTON COUNTY TAX COMMISSIONER | 5800-000 | NA | 31,682.09 | 31,682.09 | 2,631.90 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007A | GEORGIA DEPARTMENT OF REVENUE | 5800-000 | NA | 188,537.11 | 188,537.11 | 15,662.20 |
| 000003A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 63,946.09 | 63,946.09 | 5,312.14 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 288,882.84 | $ 288,882.84 | $ 23,998.14 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CITY OF ATLANTA | 7100-000 | NA | 1,355.65 | 1,355.65 | 0.00 |
| 000010 | MICHAEL F. HOLBEIN | 7100-000 | NA | 6,434,983.09 | 6,434,983.09 | 0.00 |
| 000004 | UNITED PARCEL SERVICE | 7100-000 | NA | 2,402.23 | 2,402.23 | 0.00 |
| 000011 | JERRY THOMPSON | 7200-000 | NA | 960,000.00 | 960,000.00 | 0.00 |
| 000013 | SOUTHERN STAIRCASE, INC. | 7200-000 | NA | 6,990.75 | 6,990.75 | 0.00 |
| 000007B | GEORGIA DEPARTMENT OF REVENUE | 7300-000 | NA | 28,642.60 | 28,642.60 | 0.00 |
| 000003B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 58,301.04 | 58,301.04 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 7,492,675.36 | $ 7,492,675.36 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 09-86091 | PWB | Judge: PAUL W. BONAPFEL |
|---|---|---|---|
| Case Name: | ATLANTA RUG GALLERY, INC. | | |

For Period Ending: 03/31/18

Trustee Name:    PAUL H. ANDERSON, JR., TRUSTEE
Date Filed (f) or Converted (c):    11/19/10 (c)
341(a) Meeting Date:    12/21/10
Claims Bar Date:    01/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Building - 752 Miami Cir., Atlanta 30324<br>    Per 10/31/10 Operating Report: $2,339,355.<br>    Liens scheduled, per Op. Report: 1. First Community Bank of E. Tn<br>    ($2,282,608). 2. Sherkat Nafis, LLC ($349.479). Second may be<br>    avoidable. | 3,200,000.00 | 0.00 | | 0.00 | FA |
| 2. Furniture and fixtures<br>    Per 10/31/10 Operating Report: $29,519. | 0.00 | 0.00 | | 0.00 | FA |
| 3. Office equipment<br>    Per 10/31/10 Operating Report: $5,575. | 0.00 | 0.00 | | 0.00 | FA |
| 4. Vehicles<br>    Per 10/31/10 Operating Report: $94,365. | 0.00 | 0.00 | | 0.00 | FA |
| 5. Note due from Persian Galleries, LLC (NC)<br>    Per 10/31/10 Operating Report: $872,246. Note debtor is debtor in<br>    related Chapter 7 case no. 09-86092. | 0.00 | 0.00 | | 0.00 | FA |
| 6. First Community Bank loan costs<br>    Per 10/31/10 Operating Report, net of accumulated amortization:<br>    $25,637. | 0.00 | 0.00 | | 0.00 | FA |
| 7. Bank of America DIP accounts (3)<br>    Total per 10/31/10 Operating Report. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Accounts receivable<br>    Per 10/31/10 Operating Report: $1,145,550. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Inventory<br>    Per 10/31/10 Operating Report: $8,299,201.<br>    Lien amounts per 10/10 Operating Report: 1. David Belke ($1,672,749).<br>    2. Jerry Thompson ($2,786,328). | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Due from Persian Galleries, LLC (FL) | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Ver: 20.00e

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-86091 | PWB | Judge: PAUL W. BONAPFEL | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ATLANTA RUG GALLERY, INC. | | | Date Filed (f) or Converted (c): | 11/19/10 (c) |
| | | | | 341(a) Meeting Date: | 12/21/10 |
| | | | | Claims Bar Date: | 01/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| See Asset 12 below. | | | | | |
| 11. "Deferred tax asset" | 0.00 | 0.00 | | 0.00 | FA |
| Per 10/31/10 Operating Report: $170,900. | | | | | |
| 12. Due from Persian Galleries, LLC (FL) | 0.00 | 0.00 | | 0.00 | FA |
| Per 10/31/10 Operating Report: $1,930. | | | | | |
| 13. Avoidance claims (u) | 0.00 | 0.00 | | 584,865.75 | FA |
| Current estimated value includes discounted balance of $482,806 judgment vs. Kheiri and of Judgment vs. Gavahi. | | | | | |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 5.48 | FA |
| 15. Refunds (u) | 0.00 | 539.93 | | 539.93 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,200,000.00 | $539.93 | | $585,411.16 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 30, 2017, 01:26 pm 1. Efforts to sell building through commercial realtor were unsuccessful.

2. Proposal to sell inventory through New York auction houses was ultimately rejected by undersecured creditors.

3. Forensic accountant employed. Avoidance and other litigation filed as follows:

 a. A.P. 11-555 vs. Pourmemr. Dismissed.

 b. A.P. 11-556 vs Palm Beach Media. Default judgment entered.    $2,000 paid. Closed.

 c. A.P. 11-5557 vs. Hariri. Settled. $30,000 paid. Closed.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-86091    PWB   Judge: PAUL W. BONAPFEL | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Case Name: | ATLANTA RUG GALLERY, INC. | Date Filed (f) or Converted (c): | 11/19/10 (c) |
| | | 341(a) Meeting Date: | 12/21/10 |
| | | Claims Bar Date: | 01/23/12 |

d. A.P. 11-5653 vs Hamid and Ali Saheb. Settled. $31,000 to be paid ($833.33 x 37.2 mos.). Due to Trustee prompting, obligation is reasonably current, with $11,666.62 paid through 3/31/15. Court approved discounted payoff.  Closed.

e. A.P. 11-5654 vs Hilliard. Dismissed.

f. A.P. 11-5655 vs. Dallas International etc. Settled. $3,500 paid. Closed.

g. A.P. 11- 5656 vs Espadana Exch. Settled. $7,000 paid. Closed.

h. A.P. 11-5657 vs Broad and Cassell et al. Settled. $55,000 paid. Closed.

i. A.P. 11-5663 vs.Gita Govahi Kashani. Settled. $7,800 paid. Closed.

j. A.P. 11-5664 vs. The Insurance Group. Settled. $2,793 paid. Closed.

k. A.P. 11-5665 vs. Ghazizadeh. Dismissed.

l. A.P. 12-5072 vs. Alidad Govahi Kashani. Settled. $20,000 paid. Closed.

m. A.P. 12-5073 vs Manijeh Saheb. Settled. Discounted $30,880 plus 5% interest was paid off in December, 2015.

n. A.P. 12-5076 vs. Kheiri. $472,806 judgment. Collection/avoidance proceeding settled (see A.P. 13-5434 below).

o. A.P. 12-5081 vs. Gavahi. $2,690,000 judgment. Garnishment filed. Conditional agreement was reached on terms for satisfaction of judgment at a discount, approved by the Court by Order entered 2/24/17, under which $9,000 remains to be paid.

p. A.P. 12-5088 vs H&N Realty. Settled. $24,780 paid.

q. A.P. 13-5434 vs wife of Kheiri, Dr. Faghihi, to collect judgment from sale of house bought in her name with transferred funds. Settled by Order entered 3/11/15, under which $150,000 was paid and an additional $180,000 was to be paid in $60,000 installments due 9/11/15, 3/11/16 and 9/11/16, with this entire additional obligation deemed satisfied if a total of $150.000 was paid by 3/11/16. No further payment was made before the beginning of the reporting period, and efforts to collect the balance without foreclosure on the property were being made. During the reporting period, an additional $179,500 was paid, and through clerical error this was thought to satisfy the obligation and require dismissal of the lis pendens. Trustee has requested Kheiri and wife to pay the remaining $500, and should it not be paid quickly intends to work with UST to determine the most efficient resolution of the problem.

4. $15,365 P/C filed in Kashani Chapter 11 case (11-63556). Case was dismissed in 2013.

Initial Projected Date of Final Report (TFR): 04/30/13        Current Projected Date of Final Report (TFR): 10/31/17

/s/    PAUL H. ANDERSON, JR., TRUSTEE
_____ Date: 11/07/17

PAUL H. ANDERSON, JR., TRUSTEE

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-86091    PWB    Judge: PAUL W. BONAPFEL | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Case Name: | ATLANTA RUG GALLERY, INC. | Date Filed (f) or Converted (c): | 11/19/10 (c) |
| | | 341(a) Meeting Date: | 12/21/10 |
| | | Claims Bar Date: | 01/23/12 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-86091  -PWB | |
| Case Name: | ATLANTA RUG GALLERY, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******0271 |
| For Period Ending: | 03/31/18 |

| | |
|---|---|
| Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9601  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $  40,160,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/12 | 13 | Hamid R. Hariri | SETTLEMENT PROCEEDS | 1241-000 | 7,000.00 | | 7,000.00 |
| | | | of Espadana claims (A.P. No. 11-5656) per 7/26/12 | | | | |
| | | | Order. | | | | |
| 10/30/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 119,179.43 | | 126,179.43 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.90 | 126,174.53 |
| 12/02/12 | 13 | Lila Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.80 | | 126,452.33 |
| 12/02/12 | 13 | Lila Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.80 | | 126,730.13 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 77.64 | 126,652.49 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.65 | 126,571.84 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.15 | 126,383.69 |
| 02/15/13 | 13 | Liela Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.80 | | 126,661.49 |
| 02/15/13 | 13 | Leila Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.80 | | 126,939.29 |
| 02/15/13 | 13 | Leila Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.80 | | 127,217.09 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 170.16 | 127,046.93 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.88 | 126,858.05 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.50 | 126,675.55 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.33 | 126,487.22 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 181.99 | 126,305.23 |
| 07/16/13 | 003001 | PAUL A. JONES & COMPANY, LLC | PER ORDER ENTERED 7/15/13 | | | 27,105.38 | 99,199.85 |
| | | | 7/15/13; compensation of accountant [Doc. 347] | | | | |
| | | | Fees           26,864.00 | 3410-000 | | | |
| | | | Expenses       241.38 | 3420-000 | | | |
| 07/16/13 | 003002 | James R. Schulz and Merritt Watson, LLP | PER ORDER ENTERED 7/15/13 | | | 12,384.36 | 86,815.49 |
| | | | 7/15/13; compensation of special attorney [Doc. No. 348] | | | | |
| | | | Fees           12,136.15 | 3210-000 | | | |
| | | | Expenses       248.21 | 3220-000 | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 170.15 | 86,645.34 |

| | | |
|---|---|---|
| Page Subtotals | 127,568.43 | 40,923.09 |

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| Case No: | 09-86091 -PWB | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | ATLANTA RUG GALLERY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9601  Checking - Non Interest |
| Taxpayer ID No: | *******0271 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $ 40,160,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 08/21/13 | 13 | Leila Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.80 | | 86,923.14 |
| | 08/21/13 | 13 | Leila Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.80 | | 87,200.94 |
| | 08/21/13 | 13 | Leila Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.80 | | 87,478.74 |
| | 09/05/13 | 13 | Danowitz & Associates, PC, attorneys for Gita Govahi Kashani | SETTLEMENT PAYMENT per 8/21/13 Order. (A.P. 11-5663) | 1241-000 | 2,600.00 | | 90,078.74 |
| | 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.23 | 89,949.51 |
| | 09/16/13 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT per 5/30/13 Order (A.P. 12-5073) | 1241-000 | 1,354.75 | | 91,304.26 |
| | 09/16/13 | 13 | Minejeh Saheb | SETTLEMENT PAYMENT; ID. | 1241-000 | 2,709.50 | | 94,013.76 |
| * | 09/24/13 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-002 | 1,354.75 | | 95,368.51 |
| | 10/07/13 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 1,000.00 | | 96,368.51 |
| | 10/07/13 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 1,000.00 | | 97,368.51 |
| | 10/07/13 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 709.50 | | 98,078.01 |
| | 10/07/13 | 13 | Gita Govahi | SETTLEMENT PAYMENT | 1241-000 | 2,600.00 | | 100,678.01 |
| | 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 131.79 | 100,546.22 |
| * | 10/08/13 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT Check returned NSF (apparently, payor's account was garnished) | 1241-003 | -1,354.75 | | 99,191.47 |
| | 11/04/13 | 13 | Ali Karimi, f/b/o Gita Govahi Kashani | SETTLEMENT PAYMENT | 1241-000 | 2,600.00 | | 101,791.47 |
| * | 11/05/13 | 13 | Ali Karimi, f/b/o Manijeh Saheb | SETTLEMENT PAYMENT (returned NSF) | 1241-002 | 1,354.75 | | 103,146.22 |
| | 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 145.56 | 103,000.66 |
| | 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.19 | 102,854.47 |
| | 12/16/13 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 1,000.00 | | 103,854.47 |
| | 12/16/13 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 1,000.00 | | 104,854.47 |
| | 12/16/13 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 709.50 | | 105,563.97 |
| | 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 152.81 | 105,411.16 |
| * | 01/17/14 | 13 | Ali Karimi, f/b/o Manijeh Saheb | SETTLEMENT PAYMENT | 1241-003 | -1,354.75 | | 104,056.41 |

|  | Page Subtotals | 18,116.65 | 705.58 |
|---|---|---|---|

Ver: 20.00e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 09-86091 -PWB | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | ATLANTA RUG GALLERY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9601  Checking - Non Interest |
| Taxpayer ID No: | *******0271 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $ 40,160,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 02/06/14 | 003003 | James R. Schulz and Merritt Watson, LLP | Returned NSF. PER ORDER ENTERED 2/6/14 2/6/14; Special trial attorneys second interim fees and expenses [Doc. No. 365] | | | 18,640.00 | 85,416.41 |
| | | | | Fees        18,145.21 | 3210-000 | | | |
| | | | | Expenses        494.79 | 3220-000 | | | |
| | 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 154.67 | 85,261.74 |
| * | 02/21/14 | 13 | Atlanta Fine Rugs & Antiques LLC f/b/o Abass Shamsian | SETTLEMENT PAYMENT | 1241-002 | 1,076.00 | | 86,337.74 |
| * | 02/24/14 | 13 | Atlanta Fine Rugs & Antiques LLC f/b/o Manijeh Saheb | SETTLEMENT PAYMENT | 1241-002 | 2,709.50 | | 89,047.24 |
| * | 03/03/14 | 13 | Atlanta Fine Rugs & Antiques LLC f/b/o Abass Shamsian | SETTLEMENT PAYMENT Returned NSF. | 1241-003 | -1,076.00 | | 87,971.24 |
| | 03/03/14 | 13 | Danowitz & Associates, PC, f/b/o Dallas International Art & Antiques Show | SETTLEMENT PAYMENT per 2/24/14 Order (1st of 4) (A.P. 11-5655) | 1241-000 | 3,500.00 | | 91,471.24 |
| | 03/04/14 | 13 | Hamid Reza Saheb | SETTLEMENT PAYMENT f/b/o self and Ali Saheb (of $31,000 total) per 3/7/14 Order (A.P. 11-5653) | 1241-000 | 833.33 | | 92,304.57 |
| | 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.19 | 92,181.38 |
| * | 03/12/14 | 13 | Atlanta Fine Rugs & Antiques LLC f/b/o Manijeh Saheb | SETTLEMENT PAYMENT Check returned NSF. | 1241-003 | -2,709.50 | | 89,471.88 |
| | 03/12/14 | 13 | Atlanta Fine Rugs, f/b/o Manijeh Saheb | SETTLEMENT PAYMENT; "replacement check for Jan & Feb" | 1241-003 | 2,709.50 | | 92,181.38 |
| | 03/24/14 | 13 | Palm Beach Jewelry & Antiques Show, Inc. | SETTLEMENT PAYMENT a/k/a Dallas International, etc. 2d of 4 payments. | 1241-000 | 3,000.00 | | 95,181.38 |
| | 04/07/14 | 13 | Palm Beach Media Group, Inc. | Partial satisfaction of 3/25/14 $2,250 default judgment in A.P. 11-5556. | 1241-000 | 2,000.00 | | 97,181.38 |
| | 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 135.98 | 97,045.40 |
| | 04/14/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 97,033.40 |

Page Subtotals    12,042.83    19,065.84

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-86091  -PWB | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Case Name: | ATLANTA RUG GALLERY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9601  Checking - Non Interest |
| Taxpayer ID No: | *******0271 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $ 40,160,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 04/29/14 | 13 | Palm Beach Media Group, Inc. | Balance to satisfy default judgment | 1241-000 | 250.00 | | 97,283.40 |
| | 04/29/14 | 13 | Palm Beach Jewelry & Antiques Show, Inc. | SETTLEMENT PAYMENT | 1241-000 | 3,000.00 | | 100,283.40 |
| | | | | a/k/a Dallas International, etc. 3d of 4 payments. | | | | |
| | 05/07/14 | 13 | Hamid Reza Saheb | SETTLEMENT PAYMENT | 1241-002 | 479.16 | | 100,762.56 |
| | 05/07/14 | 13 | Hamid reza Saheb | SETTLEMENT PAYMENT | 1241-000 | 833.33 | | 101,595.89 |
| | 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 139.03 | 101,456.86 |
| | 05/12/14 | 13 | "Jackson Fine Rugs" f/b/o Manijeh | SETTLEMENT PAYMENT | 1241-000 | 790.00 | | 102,246.86 |
| | | | Saheb | | | | | |
| | 05/12/14 | 13 | Atlanta Fine Rugs f/b/o Manijeh | SETTLEMENT PAYMENT | 1241-000 | 2,000.00 | | 104,246.86 |
| | | | Saheb | | | | | |
| * | 05/12/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 1280-003 | 25.00 | | 104,271.86 |
| * | 05/12/14 | | Reverses Adjustment IN on 05/12/14 | BANK SERVICE FEE | 1280-003 | -25.00 | | 104,246.86 |
| | 05/13/14 | | ASSOCIATED BANK | Bank service fee 11/15/13 | 2600-000 | | 12.00 | 104,234.86 |
| | 05/13/14 | | ASSOCIATED BANK | Bank service fee 12/13/13 | 2600-000 | | 12.00 | 104,222.86 |
| | 05/13/14 | | ASSOCIATED BANK | Bank service fees 3/14/14 | 2600-000 | | 25.00 | 104,197.86 |
| | 05/16/14 | 13 | Danowitz & Associates, PC, f/b/o | SETTLEMENT PROCEEDS | 1241-000 | 20,000.00 | | 124,197.86 |
| | | | Aliad Govahi Kashani | per 5/8/14 Oder (AP 12-5072) | | | | |
| | 05/19/14 | 13 | Palm Beach Jewelry & Antique Show, Inc. | SETTLEMENT PAYMENT | 1241-000 | 3,000.00 | | 127,197.86 |
| | | | | a/k/a Dallas International, etc. 4th and final payment. | | | | |
| | 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 165.89 | 127,031.97 |
| | 06/19/14 | 13 | Ali & Hamid Saheb | SETTLEMENT PAYMENTS | 1241-000 | 1,312.49 | | 128,344.46 |
| | | | | for May and June, plus 124.99 excess. | | | | |
| | 06/25/14 | 003004 | James R. Schulz and Merritt Watson, LLP | PER ORDER ENTERED 6/24/14 | | | 20,000.00 | 108,344.46 |
| | | | | 6/24/14; third interim compensation of special trial | | | | |
| | | | | attorney ($19,556.21), expenses ($443.79) [Doc. No. | | | | |
| | | | | 379] | | | | |
| | | | | Fees            19,556.21 | 3210-000 | | | |
| | | | | Expenses          443.79 | 3220-000 | | | |
| * | 07/03/14 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-002 | 2,709.50 | | 111,053.96 |

Page Subtotals    34,374.48    20,353.92

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-86091 -PWB | |
| Case Name: | ATLANTA RUG GALLERY, INC. | |
| | | |
| Taxpayer ID No: | *******0271 | |
| For Period Ending: | 03/31/18 | |

| | |
|---|---|
| Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9601  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 40,160,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.49 | 110,871.47 |
| | 07/16/14 | 13 | Mainijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 903.00 | | 111,774.47 |
| | 07/16/14 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 903.00 | | 112,677.47 |
| | 07/16/14 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 903.50 | | 113,580.97 |
| * | 07/21/14 | 13 | Manijeh Saheb | NSF Check | 1241-003 | -2,709.50 | | 110,871.47 |
| | | | | NSF Check | | | | |
| | 07/31/14 | 13 | Hamid Reza Saheb | SETTLEMENT PAYMENT | 1241-000 | 833.33 | | 111,704.80 |
| | 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 164.07 | 111,540.73 |
| | 08/18/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.00 | 111,515.73 |
| | 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 165.81 | 111,349.92 |
| | 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 160.22 | 111,189.70 |
| | 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 165.31 | 111,024.39 |
| | 12/05/14 | 13 | Hamid Reza Saheb | SETTLEMENT PAYMENTS | 1241-000 | 4,999.98 | | 116,024.37 |
| | 12/05/14 | 13 | Manijeh Saheb | SETTLEMENT PAYMENTS | 1241-000 | 8,000.00 | | 124,024.37 |
| | 12/05/14 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 797.50 | | 124,821.87 |
| | 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 159.74 | 124,662.13 |
| | 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 180.69 | 124,481.44 |
| | 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 184.80 | 124,296.64 |
| | 02/26/15 | 003005 | Persian Galleries, LLC | Funds from Hamid Reza Saheb deposited incorrectly to Atlanta Rug Galleries on 5/7/14.  Bank corrected on 12/31/14. | 8500-000 | -479.16 | | 123,817.48 |
| | 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 166.27 | 123,651.21 |
| | 03/09/15 | 13 | Manijeh Saheb | SETTLEMENT PAYMENTS | 1241-000 | 4,037.37 | | 127,688.58 |
| | 03/09/15 | 13 | Hamid Reza Saheb | SETTLEMENT PAYMENT | 1241-000 | 2,499.99 | | 130,188.57 |
| | 03/11/15 | 13 | Danowitz & Assocites f/b/o S. Kheiri and P.F. Habibadadi | PER ORDER ENTERED 3/11/15; partial settlement of judgment and pending claims. | 1241-000 | 150,000.00 | | 280,188.57 |
| | 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 334.55 | 279,854.02 |
| | 04/30/15 | 003006 | James R. Schulz and | PER ORDER ENTERED 4/30/15 | | | 50,000.00 | 229,854.02 |

Page Subtotals        170,689.01        51,888.95

Ver: 20.00e

Page: 6

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-86091 -PWB |
| Case Name: | ATLANTA RUG GALLERY, INC. |
| | |
| Taxpayer ID No: | *******0271 |
| For Period Ending: | 03/31/18 |

| | |
|---|---|
| Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9601  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 40,160,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Merritt Watson, LLP | 4/30/15;allowed fourth interim compensation, $173.53 exp. [Doc. No. 403} | | | | |
| | | | Fees               49,826.47 | 3210-000 | | | |
| | | | Expenses           173.53 | 3220-000 | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 402.62 | 229,451.40 |
| 06/04/15 | 13 | Manijeh Saheb | SETTLEMENT PAYMENTS | 1241-000 | 4,037.37 | | 233,488.77 |
| 06/04/15 | 003007 | Paul A. Jones & Company, LLC | PER ORDER ENTERED 6/3/15 | 3410-000 | | 50,000.00 | 183,488.77 |
| | | | 6/3/15; second partial payment of interim CPA compensation. [Doc. No. 406] | | | | |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 350.73 | 183,138.04 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 284.29 | 182,853.75 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 271.86 | 182,581.89 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 271.45 | 182,310.44 |
| 10/01/15 | | Danowitz & Associates, PC, Attorneys for Hamid & Ali Saheb | Satisfaction of remaining obligation of Hamid and Ali Saheb per 9/4/15 Order. Note: $7,000 of this payment is property of Persian Galleries estate (09-86092). | | 19,000.00 | | 201,310.44 |
| | 13 | | Memo Amount:        12,000.00 | 1241-000 | | | |
| | | | Memo Amount:        7,000.00 | 1280-000 | | | |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 262.32 | 201,048.12 |
| 10/13/15 | 003008 | Paul H. Anderson, Jr., Trustee in bankruptcy of Atlanta Rug Gallery, Inc. | PER ORDER ENTERED 9/4/15 9/4/15 on doc. no. 408 motion. [Doc. No. 416] | 8500-000 | | 7,000.00 | 194,048.12 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 291.94 | 193,756.18 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 278.76 | 193,477.42 |
| 12/21/15 | 13 | Manijah Saheb | SETTLEMENT PAYMENT BALANCE | 1241-000 | 4,421.42 | | 197,898.84 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 289.77 | 197,609.07 |
| 02/02/16 | 003009 | Clerk, State Court of Fulton County | Garnishment filing fee per 12/14/15 Order ( M. Gavahi). [Doc. No. 419] | 2700-000 | | 245.00 | 197,364.07 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 293.80 | 197,070.27 |

|  | Page Subtotals | 27,458.79 | 60,242.54 |
|---|---|---|---|

Ver: 20.00e

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-86091 -PWB | |
| Case Name: | ATLANTA RUG GALLERY, INC. | |

Taxpayer ID No:  *******0271
For Period Ending:  03/31/18

Trustee Name:  PAUL H. ANDERSON, JR., TRUSTEE
Bank Name:  ASSOCIATED BANK
Account Number / CD #:  *******9601  Checking - Non Interest

Blanket Bond (per case limit):  $ 40,160,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 274.25 | 196,796.02 |
| | 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 292.58 | 196,503.44 |
| | 04/18/16 | 13 | Danowitz & Associates, PC, f/b/o S. Kheiri & P.F. Habibabadi | SETTLEMENT PAYMENT (partial) per 3/11/15 Order. | 1241-000 | 37,000.00 | | 233,503.44 |
| | 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 304.01 | 233,199.43 |
| | 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 346.68 | 232,852.75 |
| | 06/30/16 | 13 | Cobb & Hyre Law Office, f/b/o Parvaneh Faghiri Habibabadi | SETTLEMENT PAYMENT per 3/11/15 Order. | 1241-000 | 142,500.00 | | 375,352.75 |
| | 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 335.02 | 375,017.73 |
| | 07/20/16 | 13 | Ali Saheb, f/b/o Gavahi | Payment of amount garnished on estate's judgment against M. Gavahi. | 1241-000 | 870.00 | | 375,887.73 |
| | 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 557.96 | 375,329.77 |
| * | 08/22/16 | 13 | Manijeh Saheb, f/b/o M Gavahi | Payment under discounted judgment satisfaction agreement per - Order. | 1241-003 | 5,000.00 | | 380,329.77 |
| * | 08/29/16 | 13 | Manijeh Saheb, f/b/o M Gavahi | NSF Check Deposit was returned NSF | 1241-003 | -5,000.00 | | 375,329.77 |
| | 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 558.68 | 374,771.09 |
| | 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 539.23 | 374,231.86 |
| | 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 556.36 | 373,675.50 |
| | 11/08/16 | 13 | Manijeh Saheb, f/b/o Gavahi | SETTLEMENT PAYMENT | 1241-000 | 5,000.00 | | 378,675.50 |
| | 11/08/16 | 13 | Paul R. Marr Escrow, f/b/o Gavahi | SETTLEMENT PAYMENT | 1241-000 | 3,000.00 | | 381,675.50 |
| | 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 546.07 | 381,129.43 |
| | 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 566.63 | 380,562.80 |
| | 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 565.85 | 379,996.95 |
| | 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 510.30 | 379,486.65 |
| | 03/13/17 | 13 | Mainijeh Saheb, f/b/o Gavahi | SETTLEMENT PAYMENT on judgment per 2/24/17 Order. | 1241-000 | 3,000.00 | | 382,486.65 |
| | 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 566.77 | 381,919.88 |

Page Subtotals   191,370.00   6,520.39

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

**FORM 2**

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-86091 -PWB | | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|---|
| Case Name: | ATLANTA RUG GALLERY, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9601  Checking - Non Interest |
| Taxpayer ID No: | *******0271 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 40,160,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/19/17 | 13 | Manijeh Gavahi, f/b/o Mohamar Gavahi | SETTLEMENT PAYMENT | 1241-000 | 3,000.00 | | 384,919.88 |
| 05/01/17 | 13 | Danowitz & Associates, PC, f/b/o Kheiri | SETTLEMENT PAYMENT (FINAL) per 3/11/15 Order. | 1241-000 | 500.00 | | 385,419.88 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 551.08 | 384,868.80 |
| 05/12/17 | 13 | Manijeh Saheb | SETTLEMENT PAYMENT | 1241-000 | 3,000.00 | | 387,868.80 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 574.56 | 387,294.24 |
| 06/09/17 | 13 | Manijeh Saheb, f/b/o Gavahi | SETTLEMENT PAYMENT (FINAL) | 1241-000 | 3,000.00 | | 390,294.24 |
| 09/13/17 | 003010 | Paul H. Anderson, Jr., as Trustee | PER ORDER ENTERED 9/13/17 | | | 33,340.22 | 356,954.02 |
| | | | Fees            32,496.60 | 2100-000 | | | |
| | | | Expenses          843.62 | 2200-000 | | | |
| 09/13/17 | 003011 | PAUL H. ANDERSON, JR., ATTORNEY TWO PIEDMONT CENTER, SUITE 315 3565 PIEDMONT ROAD, NE ATLANTA, GA  303035 | PER ORDER ENTERED 9/13/17 | | | 149,497.84 | 207,456.18 |
| | | | Fees           147,500.00 | 3110-000 | | | |
| | | | Expenses         1,997.84 | 3120-000 | | | |
| 09/13/17 | 003012 | Clerk, U.S. Bankruptcy Court 1340 Richard B. Russell Building 75 Spring Street, S.W. Atlanta, GA 30303 | COURT COSTS | 2700-000 | | 4,852.00 | 202,604.18 |
| 09/13/17 | 003013 | Office of the United States Trustee Room 362, Richard B. Russell Building 75 Spring Street, S.W. Atlanta, Georgia  30303 | U.S. Trustee Quarterly Fees | 2950-000 | | 980.01 | 201,624.17 |
| 09/13/17 | 003014 | James R. Schulz, Esq. P.O. Box 680381 Marietta, GA 30068 | PER ORDER ENTERED 9/13/17 | | | 97,281.36 | 104,342.81 |
| | | | Fees            97,241.09 | 3210-000 | | | |

| | | | Page Subtotals | 9,500.00 | 287,077.07 | |

Ver: 20.00e

FORM 2

Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-86091  -PWB | |
| Case Name: | ATLANTA RUG GALLERY, INC. | |

| | |
|---|---|
| Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9601  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******0271 |
| For Period Ending: | 03/31/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 40,160,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          40.27 | 3220-000 | | | |
| 09/13/17 | 003015 | Merritt Watson LLP<br>200 Galleria Parkway, SE<br>Suite 500<br>Atlanta, Georgia 30339 | PER ORDER ENTERED 9/13/17 | 3220-000 | | 307.59 | 104,035.22 |
| 09/13/17 | 003016 | PAUL A. JONES & COMPANY, LLC<br>750 Hammond Drive<br>Building 12, Suite 310<br>Atlanta, GA  30328 | PER ORDER ENTERED 9/13/17 | | | 27,989.31 | 76,045.91 |
| | | | Fees          27,845.50 | 3410-000 | | | |
| | | | Expenses          143.81 | 3420-000 | | | |
| 09/13/17 | 003017 | Paul Reece Marr, Esq.<br>300 Galleria Parkway, N.W.<br>Suite 960<br>Atlanta, GA 30339 | FIRST AND FINAL DIVIDEND | | | 10,091.40 | 65,954.51 |
| | | | Fees          9,213.50 | 6700-180 | | | |
| | | | Expenses          877.90 | 6710-190 | | | |
| 09/13/17 | 003018 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | FIRST AND FINAL DIVIDEND | 6810-000 | | 27,722.44 | 38,232.07 |
| 09/13/17 | 003019 | Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd. NE Suite 17200<br>Atlanta, GA 30345 | FIRST AND FINAL DIVIDEND | 6820-860 | | 14,233.93 | 23,998.14 |
| 09/13/17 | 003020 | Fulton County Tax Commissioner<br>141 Pryor Street, SW<br>Atlanta, GA 30303 | FIRST AND FINAL DIVIDEND | 5800-000 | | 2,631.90 | 21,366.24 |
| 09/13/17 | 003021 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | FIRST AND FINAL DIVIDEND | 5800-000 | | 5,312.14 | 16,054.10 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 88,288.71 |

Ver: 20.00e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    10

Exhibit 9

| Case No: | 09-86091  -PWB | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Case Name: | ATLANTA RUG GALLERY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9601  Checking - Non Interest |
| Taxpayer ID No: | *******0271 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $ 40,160,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/13/17 | 003022 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION - BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | FIRST AND FINAL DIVIDEND | 5800-000 | | 15,662.20 | 391.90 |
| 09/13/17 | 003023 | City of Atlanta Business License Division 55 Trinity Avenue SW Atlanta, GA 30303-3520 | FIRST AND FINAL DIVIDEND | 5800-000 | | 391.90 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 19,000.00 | COLUMN TOTALS | | 591,120.19 | 591,120.19 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 119,179.43 | 0.00 | |
| | | Subtotal | | 471,940.76 | 591,120.19 | |
| Memo Allocation Net: | 19,000.00 | Less:  Payments to Debtors | | | 7,479.16 | |
| | | Net | | 471,940.76 | 583,641.03 | |

| | | Page Subtotals | 0.00 | 16,054.10 |
|---|---|---|---|---|

Ver: 20.00e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   11

Exhibit 9

| Case No: | 09-86091  -PWB | | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Case Name: | ATLANTA RUG GALLERY, INC. | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******1344  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0271 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 40,160,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/05/11 | 13 | Ethridge & Miller, PC | FULL PAYMENT OF AVOIDANCE CLAIM 549. | 1241-000 | 2,500.00 | | 2,500.00 |
| 10/31/11 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,500.01 |
| 11/01/11 | 13 | Manijeh Saheb | SETTLEMENT PROCEEDS of 549 claims per 12/20/11 Order. | 1241-000 | 550.00 | | 3,050.01 |
| 11/01/11 | 13 | Ali Rahimi | SETTLEMENT PROCEEDS of 549 claims per 12/20/11 Order. | 1241-000 | 650.00 | | 3,700.01 |
| 11/01/11 | 15 | Frankenmuth Insurance | Refund of auto and liability premiums. | 1229-000 | 539.93 | | 4,239.94 |
| 11/30/11 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,239.97 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 5.01 | 4,234.96 |
| 12/30/11 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,234.99 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 5.22 | 4,229.77 |
| 01/31/12 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,229.81 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 5.55 | 4,224.26 |
| 02/29/12 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,224.29 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 5.02 | 4,219.27 |
| 03/07/12 | 13 | Leila Masoudi | SETTLEMENT PAYMENT per 2/29/12 Order. | 1241-000 | 277.78 | | 4,497.05 |
| 03/29/12 | 13 | H&N Realty, LLC | SETTLEMENT PROCEEDS per 3/1/12 Order. | 1241-000 | 24,780.00 | | 29,277.05 |
| 03/30/12 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.04 | | 29,277.09 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 5.39 | 29,271.70 |
| 04/09/12 | 13 | Hamid R. Hariri | SETTLEMENT PROCEEDS per 3/7/12 Order. | 1241-000 | 30,000.00 | | 59,271.70 |
| 04/12/12 | 13 | David W. Craft, P.A. | SETTLEMENT PROCEEDS per 2/29/12 Order. | 1241-000 | 1,504.11 | | 60,775.81 |
| 04/21/12 | 13 | Leila Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.78 | | 61,053.59 |

| | | | Page Subtotals | | 61,079.78 | 26.19 | |

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

**FORM 2**

Page:   12

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-86091  -PWB |
| Case Name: | ATLANTA RUG GALLERY, INC. |
| | |
| Taxpayer ID No: | *******0271 |
| For Period Ending: | 03/31/18 |

| | |
|---|---|
| Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******1344  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 40,160,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | 14 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.36 | | 61,053.95 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 53.51 | 61,000.44 |
| 05/28/12 | 13 | The Insurance Group, LLC | SETTLEMENT PROCEEDS | 1241-000 | 2,793.00 | | 63,793.44 |
| | | | per 2/29/12 Order. | | | | |
| 05/31/12 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.52 | | 63,793.96 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 77.50 | 63,716.46 |
| 06/07/12 | 13 | Lila Masoudi | SETTLEMENT PAYMENTS (2) | 1241-000 | 557.56 | | 64,274.02 |
| 06/29/12 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.54 | | 64,274.56 |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 78.35 | 64,196.21 |
| 07/02/12 | 13 | Broad and Cassel, P.A. | SETTLEMENT PAYMENT | 1241-000 | 27,500.00 | | 91,696.21 |
| | | | of one-half of $55,000 total per 6/26/12 Order. Funds were wired to account 6/28/12. | | | | |
| 07/09/12 | 13 | Broad and Cassel P.A. | SETTLEMENT PAYMENT | 1241-000 | 27,500.00 | | 119,196.21 |
| | | | per 6/26/12 Order (2nd half); | | | | |
| | | | Bank Serial #: 000000 | | | | |
| | | | Wire transfer 7/9 | | | | |
| | | | Confirmation shows Burr and Forman as payor. | | | | |
| 07/31/12 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.95 | | 119,197.16 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 146.18 | 119,050.98 |
| 08/29/12 | 13 | Leila Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.80 | | 119,328.78 |
| | | | per 2/29/12 Order. | | | | |
| 08/29/12 | 13 | Leila Masoudi | SETTLEMENT PAYMENT | 1241-000 | 277.80 | | 119,606.58 |
| 08/31/12 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 1.01 | | 119,607.59 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 151.25 | 119,456.34 |
| 09/28/12 | 14 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.97 | | 119,457.31 |
| 09/28/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 137.01 | 119,320.30 |
| 10/30/12 | 14 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.95 | | 119,321.25 |
| 10/30/12 | | Bank of America 901 MAIN STREET | BANK FEES | 2600-000 | | 141.82 | 119,179.43 |

Page Subtotals       58,911.46        785.62

Ver: 20.00e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   13

Exhibit 9

| Case No: | 09-86091  -PWB | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Case Name: | ATLANTA RUG GALLERY, INC. | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******1344  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0271 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $ 40,160,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/12 | | DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 119,179.43 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 119,991.24 | 119,991.24 | | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 119,179.43 | | |
| | | Subtotal | | 119,991.24 | 811.81 | | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | | |
| | | Net | | 119,991.24 | 811.81 | | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 19,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking - Non Interest - ********9601 | 471,940.76 | 583,641.03 | 0.00 |
| | | Money Market - Interest Bearing - ********1344 | 119,991.24 | 811.81 | 0.00 |
| Total Memo Allocation Net: | 19,000.00 | | -------------------- | -------------------- | -------------------- |
| | | | 591,932.00 | 584,452.84 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:

/s/    PAUL H. ANDERSON, JR., TRUSTEE

_____    Date: 11/07/17

PAUL H. ANDERSON, JR., TRUSTEE

Page Subtotals          0.00          119,179.43

Ver: 20.00e